476 A.2d 87

Commonwealth v. Keenan, Appellant.

Submitted March 5, 1984.  Barry H. Oxenburg, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

476 A.2d 87

Commonwealth v. Kreitzer, Appellant.

Submitted February 4, 1981.  Jonathan Blum, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.